Case Name: SCHROEDER, JEFFREY LEE
Case No:     06-71518

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 4, 2008        WILLIAM T. NEARY
                                            United States Trustee, Region 11

                                      BY:   */s/ Carole J. Ryczek*
                                               CAROLE J. RYCZEK
                                               Attorney for the U.S. Trustee