IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>SCHROEDER, JEFFREY LEE<br><br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx-1283 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71518 MB<br><br>HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR <u>COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)</u>

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   **OCTOBER 6, 2008**
   at:   **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $    0.00 | | 11.57 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $    0.00 | 1,147.75 | |
| BERNARD J. NATALE<br>Trustee | $    0.00 | 7,984.67 | |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 94,693.42 |
| b. Disbursements | $ | 77.33 |
| c. Net Cash Available for Distribution | $ | 94,616.09 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $85,472.10, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $67,403.46, resulting in an approximate distribution of 100.00% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: September 2, 2008            For the Court,

                                   By:/s/ BERNARD J NATALE

                                        Trustee

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3           User: cshabez                Page 1 of 1           Date Rcvd: Sep 05, 2008
Case: 06-71518                 Form ID: pdf002              Total Served: 19

The following entities were served by first class mail on Sep 07, 2008.
db           +Jeffrey Lee Schroeder,    5541 East Drive,    3,    Loves Park, IL 61111-4591
aty          +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
10878002      American Express,    Attn: Bankruptcy Department,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
11000015      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11106380      Bank of America N.A.,    Attn: Mr. M-BK,    POB 53160,    Phoenix AZ 85072-3160
10878000     +Capital One,    Bankruptcy Department,    PO Box 790216,    St. Louis, MO 63179-0216
10878003     +Chase,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
10984903     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10877997     +Chase Card Services,    Attn: Bankruptcy Dept.,    PO Box 15153,    Wilmington, DE 19886-5153
10877998     +Chase Card Services,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
10877994     +Chase Mastercard,    Attn: Bankruptcy Dept.,    PO Box 42010,    Wilmington, DE 19886-0001
10877996      MBNA America,    Bankruptcy Department,    PO Box 15137,    ,    19886-5137
10877995      MBNA America,    Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
10877993     +RBS Mastercard,    Attn: Bankruptcy Dept.,    PO Box 42010,    Providence, RI 02940-2010
10877999     +Suntrust Bankcard Services,    Attn: Bankruptcy Dept.,    PO Box 15137,    Wilmington, DE 19886-5137
10980910     +rbs nb,    p o box 7054,    bridgeport,ct 06601-7054

The following entities were served by electronic transmission on Sep 06, 2008.
10877992      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08     Discover Card,
               Bankruptcy Department,    PO Box 30395,    Salt Lake City, UT 84130
10969516     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
10878001*    +Capital One,    Bankruptcy Department,    PO Box 790216,    St. Louis, MO 63179-0216
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 07, 2008**            **Signature:** _Joseph Speetjens_